# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN RATLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2356** |
| **CRAIG WEBRE, ET AL.** | **SECTION: "H"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal (rec. doc. 14) is **GRANTED**.

New Orleans, Louisiana, this 16th day of March, 2023.

_____
**UNITED STATES DISTRICT JUDGE**